UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| Donald Larry Elliott, | Case No. 20-cv-0844 (WMW/BRT) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., | |
| Defendants. | |

---

This matter is before the Court on the March 19, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 33.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 19, 2021 R&R, (Dkt. 33), is **ADOPTED**.

2. Plaintiff Donald Larry Elliott's complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 12, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge